```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
PAMELA GELLER,                         :
                                       :
                    Plaintiff,         :        20cv3566 (DLC)
          -v-                          :
                                       :          ORDER
BILL DE BLASIO, individually and in    :
his official capacity as Mayor, City   :
of New York, New York, and             :
DERMOT SHEA, individually and in his   :
official capacity as Police            :
Commissioner, City of New York, New    :
York,                                  :
                                       :
                    Defendants.        :
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

This case was filed on May 7, 2020.  On May 12, plaintiff filed a motion for a temporary restraining order.  Accordingly, it is hereby

ORDERED that the defendants shall file any opposition to the plaintiff's motion for a temporary restraining order by Thursday, **May 14, 2020** at **5:00 p.m.**

IT IS FURTHER ORDERED that a hearing on plaintiff's motion for a temporary restraining order is scheduled for Friday, **May 15, 2020** at **4:00 p.m.**  The hearing will take place by Skype for Business videoconference.  To access the conference, paste the following link into your browser:

https://meet.lync.com/fedcourts-nysd/anthony_sampson/TJHFDA0U.

To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.
[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

    Call-in number:    917-933-2166
    Conference ID:     63632199

IT IS FURTHER ORDERED that by Thursday, **March 14, 2020** at **5:00 p.m.**, the parties shall file a joint letter informing the Court whether they have successfully tested Skype for Business. If the parties are unable to successfully test Skype for Business, the May 15 hearing will proceed as a telephone conference, as opposed to a Skype for Business videoconference. If the hearing proceeds as a telephone conference, the parties shall use the following dial-in credentials, which are also accessible to the press and public:

    Dial-in:           888-363-4749
    Access code:       4324948


Dated:    New York, New York
          May 12, 2020


                         _____
                              DENISE COTE
                    United States District Judge