UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAMELA GELLER,

                    Plaintiff,                    20 **CIVIL** 3566 (DLC)

      -against-                             <u>**JUDGMENT**</u>

BILL DE BLASIO, individually and in his capacity as Mayor, City of New York, New York, and DERMOT SHEA, individually and in his capacity as Police Commissioner, City of New York, New York,

                   Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 18, 2020, the Plaintiff's May 12, 2020 temporary restraining order is denied; as requested by the parties at the May 15 hearing, judgment is entered for the defendants and the case is closed.

**Dated:**  New York, New York
           May 18, 2020

                                                           **RUBY J. KRAJICK**
                                                   _____
                                                             Clerk of Court
                                   **BY:**
                                                             _____
                                                             Deputy Clerk